RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/13/10
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARTHUR GENE THOMPSON | CIVIL ACTION NO. 10-cv-1021 |
| VERSUS | JUDGE STAGG |
| VETERANS ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Mr. Thompson's complaint is **dismissed without prejudice** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13th day of September, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE